Frank Brett
Plaintiff
vs
Sherwood Hall Library
Attorney Bernard Berman
Accountant Len Halpern

United States District Court
For the District of Alexandria, Virginia   Pg 1 of 16

FILED
2009 MAR 24 P 4:50
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CMH1TCB
1:09CV327

I claim that in 18 USC # 1343 that my Attorney Bernard Berman and my Accountant Len Halpern on 4/15/04 over $56,000.00 thousand dollars from me. That Bernard Berman my attorney was in with Brendan Brett - Cheryl Brett's attorney in on this Scheme. I had fired Brendan Brett in December of 2002 along with Daniel Brett my accountant. I claim that on 4/15/04 Dan Brett and Leonard Halpern knowingly and willfully devised and intend to devise a Scheme to defraud me and to obtain money in funds from me by means of false and fraudulent pretenses, representations and promises.

It was the Object of the Scheme to defraud me. Through Len Halpern making fraudulent documents, through mail, U.S. post office. Fax Transmission with Vanguard Accounts through friends of Mr. and Mrs Jack Salter who worked for Vanguard in Pennsylvania and meeting with them in person

Count #1   The Manner and Means of the Scheme to Defraud Frank Brett by scaring him with thugs like professional wrestler Glen Ruth (The Thrasher) who is Kim Kabayashi's boyfriend. On 12/24/08 at Mike Smith's home I was threatened by Kim Kabayashi who stated if I release the Tapes of Bernard Berman that the Thrasher (Glen Ruth) was going to beat me up and kill me. Her exact words were "Get Dead". She speaks funny. Len Halpern and Bernard Berman let the money transfer without my Knowledge out of my Citizen's Bank Account and into Cheryl Brett's Bank Account in the end of 4/04.

Count #2 - They Committed Wire Fraud - Bernard Berman and Len Halpern and Mr. and Mrs Jack Salter of Vanguard of Pennsylvania. They Transmitted my money by false + fraudulent pretenses to Cheryl Brett.

Count #3. Bernard Berman, Brendan Brett, Len Halpern and Dan Brett committed Mail Fraud by obtaining money by false + fraudulent pretenses by attempting to do so, did Knowingly cause an investment to be delivered by United States mail to Cheryl Brett's home, Then to her Bank.

Count #4. Wire transmission did knowingly occur and transmit from My Vanguard Accounts and cause to be transmitted in interstate commerce by means of a wire communication and e-mails, by Len Halpern to Cheryl Brett and Dan Brett. Dan Brett and Jennifer Brett of Ing Investments have many friends in the Vanguard Corporation who received these E-mails.

Count #5. Telephone communication fraud land to obtain money by false and fraudulent communication between Cheryl Brett's Accountants Dan Brett and Len Halpern for the purpose of embezzling over $56,600.00 Thousand dollars from Frank Brett's Vanguard Accounts.

Count #6. Double Billing and Triple Billing occurred from my Attorney Bernard Berman when my April and March bills came due in 2004.

Count #7. I did not know at this time that Kimmie Kaboyashi was giving Kim Santee my Banking Information. Kim Santee who is Cheryl Brett's Best Friend was invading my rights to privacy with my Banking with Mitte and Rachel Smith with the help from my accountant Len Halpern.

Count #8. I claim that Len Halpern invaded my rights to privacy with my attorney Bernard Berman with Citizen's Bank, Enterprise Rental, Verizon, Bank of America, Vanguard, Commerce Bank, Wachovia Bank, American Express, Visa, with Kim Santee, Kim Berni, Kimmie Kabayashi, (Michael Lin of Storage Company) with Jim Ritchie of Shurguard Storage, Kathy Borenson and Don Borenson insurance Company was involved too. Don Borenson was fired from his Company when I asked to sue Him with Bernard Berman.

Count #9. I claim that a Mrs. Williams who worked for Interstate Lock and Key gave out keys to Friends of Media State police and to me in my home with Sargent and Trooper Andruziac to try to steal my tapes I have on them. I was told I could tape because I was threatened so much by Ray Amy and his brother friends of the Media State Police. This was told to attorneys Dennis Muhr, And Lucas Nordinie, Oscar Syger of Ft Lauderdale

Count #10  I claim that all THE Defendant's have violated my Civil rights many times each with criminal intent.

Count #11  I claim that in Civil Rights 440 that Mike Smith and Rashel Smith have violated my Civil Rights with Personal Minnie Storage Manager Darrel Sonja Jarrett on Forsythe Rd in Orlando, Florida with Billy Smith Landscaping without my Permission in 1/08 until 4/08.

Count #12  I claim that Kim Santee, Kim Kobayashi, Kathy Bronson violated my Civil Rights with Personal Minnie Storage - Manager Darrel and Sonja Jarrett of Orlando Florida by Electronic E-Mails

Count #13  I claim that Robert-(From Exton)-Kim Santee's Boss at Independence Blue Cross of Philadelphia violated my rights to Privacy with Doctor Peter Prosiuch who I had for Lead Poisoning in 7/04 until 2/05.

Count #14  I was given the wrong dosage of a medication by Doctor Peter Prosiuch for several Months and I was illegal recorded by Doctor Peter Prosiuch with a Baptist Church in Exton Pennsylvania against my wishes.

Count #15  I would Later Learn that Doctor Peter Prosiuch had got Insured for doing this. this was a bribe Doctor Peter Prosiuch was having a difficult time getting insurance.

Count #16 In 6/08 I claim my 1st Day in Alexandria at McDonalds on 7614 RT 1 on 6/7/08 in Virginia that Mammy the Manager a Latin Man came over to me and called me a Lieing thief and to Leave his McDonalds. I showed him I had twenty dollars and did not appreciate a Mexican Manager False accusation. Mammy was trying to harrass me and steal my civil rights with Kim Santa Friends Kevin Mulartey, John Mulartey, Maureen Mulartey all of Annunciation Parish where I grew up. Kevin Mulartey had double billed

Count #16  Blue Cross for Printing and was giving Kim Santee the use of his Beach home and he was giving her cash. I witnessed this several Times from 1998 until 2002. I told this to Attorney Bernard Berman and Bill Scheinin, Dennis Mulig Lucas Nordini, Greg Lamonica, and Tom Musi all my attorney's.

Count #17  When Cheryl Drett stole 1 of my tapes on Bernard Berman on 3/23/04 she then went to him and he told everyone all the stories I had told him.

Count #18  When I entered Bernard Berman's office after he had Quit, There was a six foot six Black guy there as Kyle Berman was Shredding paperwork relating to all the

Count #19 — Lawsuits I had going at this time. Berman gave me what was left of lawsuit. Berman destroyed contract between Me and Hyndae. Savage Hyndae of Conshohocken Pa. where they delivered a car to my sisters apartment and I had NO Car Insurance on the car at that time, I told them this. 7/03.

Count #20 — Brendan Brett knew that Nancy Saller's Apt. was bugged and the Manager of Nancy Saller's Apartment was in on the Harrassment and Fraud by Savage Hyndae — employees David McCurdie and Hyndae Management.

Count #21 — Bernard Berman quit on the Ray Amy Lawsuit after he charged me double to represent me. I later won judgement of $3,100 against Ray Amy For Falty Plumbing in my home at 607 N. Middletown Rd. Media Pa. 19063.

Count #22 — Ray Amy and his Brother destroyed property and followed me to Brett's Tavern in Wilmington Delaware did Ray Amy's Brother in 10/04. He was with 1 Blonde Pa. State Trooper Male we had come to my home on 1/12/04 with Trooper Andruzult. Mr. Amy proceeded to Threaten my Life again in the Bathroom at Brett's Tavern. I told this to Phil Horvitz, Dennis Muir and Lucas Norwicia and Oscar Sygera, Henry Gissinger III and Leah Meyersohn and Andrew Stetkiw all my attorney's.

Count #23 — I claim Bernard Berman quit because on 3/23/04 the Deed came to my home at 607 N. Middletown Rd. Media, Pa. The Title Insurance Company had had waited 4 Months to mail me this Document, the acreage amount was wrong on the Deed. This did not allow me to build another home on the property. Find Cheryl Brett's Statement in Exibit #1.

Count #24 — I claim that Kimmy Kabayashi and John Ruth — Thrasher had this man at Sherwood hall Lane Library in Alexandria. He followed me there on 3 Siparate Occasions. Virginia Plate Catalac he knew the Manager Chris on 2/24.

Count #25 — I claim that on Tuesday 2/24/04 I went to Sherwood Hall Library. This white older man — Balding — Virginia Plate +ZA-455. he drives a white station wagon was there trying to steal my civil rights for Kimmie Kobeyashi, Kim Sutee, John Ruth, Kathy Dickenson and Mike and Rachel Smith. Also Japanese girl who drives a Virginia Plate YPE-5672. When I left the Library after getting wrong address Fairfax Cop #37 Last 2 Digits followed me on Fordson Rd. with ERF-Painting.

Count #26. My Civil Rights were violated at Sherwood Hall Library and AT Martha Washington Library by Kim Santee and Kay Thompson, Kay Patterson, Lisa Ward and Cindy Patterson, Karen Car Kimure Kobayashi and John Ruth. At Martha Washington Library by Darcy the Librarian and at Sherwood Hall Library by Chris and Kurtchinge the Librarians. I was given wrong addresses.

Count #27. Mrs. Kurtchinge and Chris the Manager at Sherwood Hall Library in with Kay Jenning Toyota who is slandering me with Kay Thompson and Kim Santee, Kathy Borenson of Independence Blue Cross of Phila, Pa. in Alexandria Virginia and Springfield Virginia.

Count #28. Kay Jenning Toyota — employees slandering me with Conicella Toyota of Springfield Pa. and Nick Cirilli Associates and my former attorney Dennis Muira. 2/24/09

Count #38 Sherwood Hall Library at 12:05 pm a Lady from Virginia Tech - License plate - Virginia - WTL-355 goes into Library she speaks with Mrs. Kurtchine and she comes back out of Library. She is white man and she comes over to me and takes a piece of paper out of my hands. She states were going to get you and your stinking Civil Rights and copying down License plates. She then gave me the piece of paper back. I claim she slandered me with Kay Jenning Toyota in this Alexandria, Virginia. She also slandered me with Virginia Tech college and Durrel and Sonya Jarrett from Orlando, Florida where their family members go to Virginia Tech.

Count #29. On 3/19/09 and 3/20/09 The Meade Memorial Episcopal Church of Alexandria Virginia violated my Civil Rights with 3 homeless people and members of it's church. They are slandering me at the Kate Waller Barrett Branch Library with the help of Olga and India Librarian Hemusha who gave me wrong addresses to Enterprise Rent a Car, Verizon, Virginia State Police, Hussey Sheriff's of Ridley Park Pa. and Maurice Cunningham. Olga stated I am not here to help you real nasty.

(The Thrasher)

Count #30. John Ruth followed me on the Amtrac Train from Baltimore to Washington DC. at 12:40 PM on 2/23/09. He was with attorney Eric Rose of Baltimore and about 10 other people who violated my Civil Rights in Baltimore.

Count #31. - On 2/23/09 - At Library of Congress in Washington DC. 2 Police officers at the Door violated my civil Rights with Washington DC. Police officer (Police Car - Last 2 Digits 08) and a Man in Green Jacket - (Black Guy) at Library When I came out 2/24/09 - Man in Green Jacket and Alfred St. Baptist Church trying to steal civil rights at 7:30 AM on Whitehouse Mall with Whitehouse Grounds Police, Anderson Family, O'Brien Family, Lyons Family, Collins Family and Franciscan Nun and Good Shepheard Catholic Church of Alexa Virginia County. On Saturday 3/21/09 at McPhearson Square Park - around 10:30 AM When Alfred ST. Baptist Church Pulled up Man in Green Jacket Lit a cigarett, Then he whent into Metro and I did not Follow him I did not have enough money to ride the Metro train.

Man in Green Jacket also Lit a cigarett at 9:15 AM When 10 Washington DC Police Cars whent By McPhearson Square Park and his Friend in a DC. SUV, Police Car #08 Last 2 digits on car whent by the Park

Count #33. For The Last week of March From 3/17/09 to 3/24/09 William a white man From Meade Baptist Church in Alexandria Virginia has been harrassing me and trying to steal my Civil Rights For My old Attorney Bud Berman and my old Accountant Len Halpern at Kate Waller Barrett Branch Library, Christ feeding and Duts A Million, I'd like an injunction against him.

My Attorney Dennis Muir was in on all schemes from the 1st Day I hired him in 10/04.

#1. I did not know at this time that Attorney Vince Carosella his office was right next to Dennis Muir in Media, Pa.

#2. At this time I did not know that Dennis Muir knew Don Arnst, Steven Deviney, Charles Ferruto Jr. and Several 10 other attorney's that represented the Pannachio Brothers from at least 1988.

#3. Dennis Muir broke his code of Ethics and him and Vince Carosella began to tape my conversations about the Pannachio Brothers, their Fencing stolen Merchandice from New York, Their association with the Benanno Crime family and Gambino Crime family in New York city. Also Told Dennis Muir that Joe Sullivan — from Haverford Highschool was Selling stolen Merchandice to his friends during 1999 and the Last day Joe worked for me he sold a stolen rolex watch to his cement Friend when the Job was Finished. He wanted me to buy stolen Material but I said No and He only brought stolen merchandice 1 time into work. I told him never to sell or bring stolen merchandice to my job sites again.

#4. I told Dennis Muir about Alice Collins on 12/24/03 Calling Cheryl Bretts apartment at 9AM waking me up. She said the John Collins, her father Paul Linden and The Black Ops organization wants her to reverse everything, because Ferruto was talking about Kathy Heating and Joe Sullivan and officer John Collins, Mitie Glen, officer Minkey's participation in this crime with Mitie Smith, Mitie Short and Charles Kildoo

#5. I told Dennis Muir about the Tapes I have of officer Andruzzie at my home on 1/12/04 when Kay Amy a State Police informant went Crazy on me and Alex Reid. Trooper Andruzzie denied being at my ho. I have her and me on Tape talking about Kay Amy breaking and setting the Tub wrong in My Home.

#6. I told Dennis Muir I have Trooper Lynam on tape when Cheryl Bret Apartment was broken into in 12/03 and our dog Cisco was in the Yard. I told Dennis Muir that Trooper Lynam had warned me my wife was screwing me behind my back. He was a good cop. The State police punished him and he was on Leave for a week when I called him back. He told me my wife was devorcing me and I didn't even know it.

#7. Dennis Muir knew that Turnstone Mortgage and Maura Calahan Ron Beebie had tried to steal my corol rights with attorney Barnard Berman who insisted that I call them and ask them questions. They passed me to everyone in the ott

#8. Dennis Muir knew about the Murder of Jim The Carpenter but would Not go to the police with me because it was his friends attorney's who represented the Famnuchey Brothers.

#9.

On 12/24/08 I met Kimmie Koboyashi over Mike and Raeshel Smith's home in Havertown, Pa. for the 1st Time. Raeshel Smith called Kimmie 10 minutes after I got to their home. Kimmie stated she was a Dog Groomer from Bryn Mawr Pa. and she knew Len Halpern. Len was my ex accountant who had swindled some where between $56,000.00 to $76,000.00 dollars from me with my ex. attorney Bud Berman. Kimmie said she knew Len Halpern for years and stated he's a very smart man. John Conas had set Mike Smith up with Kimmie Koboyashi and Len Halpern my old accountant. I never told Mike Smith who I had used. Kimmie Koboyashi was also in touch with Kim Santee, Cheryl Brott's best friend. Kimmie Koboyashi was going through a devorce and her new boyfriend is a Professional wrestler named the "Thrasher" Glen Ruth. She was going Fishing with him and his friends in a couple of weeks she said. Kimmie stated he is from New Jersey and fights out of Atlantic City, some times. Mike Smith had been giving information about me to Len Halpern and Bud Berman and that "why their friends attacked me in "The Big Game Bar" in Ft. Lauderdale Florida and The Oasis Bar in Pompano Beach Florida. Mike Smith had said that a Mr. John Banks and his wife were going through a bad devorce in Conawinga, Pa. I would later see Mr. Banks truck at a Wawa off of West Chester Pike in Upper Darby Pa. in 1/09. Mike then talked about John Hol his ex. friend, he said, he lied. Then still friends. Mike Smith then talked about his Mafia Buddy's the Bruno's and their employee Todd Ziegler, who Mike knows. The Bruno's and Todd Ziegler and their friends harrassed me in Phila, Pa. from 9/08 until present day. I did not tell Mike Smith this. Mike said years ago when Eddie Stuart used to work in Active in the Unions they would pay off the Bruno's. Mike Smith asked if I had talked to Jim Marchante in Tampa. I said No and I did not want to talk to him because he lied to my wife for money. Jim and Harry Shreff had done this for money. Mike called him and wanted me to speak to him I would not say a word. Mike asked me about Pascoe's Bar. I said it was ok after he hung up talking to Jim Marchante. I was harrassed in Philadelphia, Baltimore, Washington DC, Orlando, New York City, Alexandria Virginia, Ft. Lauderdale FL by Mike Smith's attorney's a Mr. Morrison of Phila, Pa. and a Mr. Smith of Phila. Pa. from 2000-2009. On 12/24/08 at Mike Smith's home in Havertown Pa. he stated we had Senator's Vincent Fumon, Mr. Nelson, Bob Brady, John Rogers, Joe Biden and Barrach O Buma and the whole Democratic party harrass you. Mike Smith said former Presidents Bill Clinton and Jimmy Carter be included in this group.

On 2/3/09 at the Social Security office in Baltimore, my 3rd visit I brought back my permission in writing from Our Daily Bread to use their Address. I told this to the Manager Mr. McCafferty and the younger Black male clerk. They wanted me to go to Healthcare for the Homeless to check for the Social Security card. I said No. It had only been 3 business days since I applied for the Social Security card. I asked Mr. McCafferty if they would just call there. They would not do that, he said they were too busy.

I was then given Our Daily Bread Address and Mr. Morrow entered it into the Computer system. He said a week to 10 days for it to come. Mrs. Graves refused to give me a copy of the dissability forms I filled out. She stated I would get them in the mail.

I claim that my rights to privacy were invaded by Blue Cross of Eastern Pennsylvania. This is why I got the harrassment and the run around from Social Security office. The people at Independence Blue Cross of Eastern Pennsylvania who have been harrassing me for 10 years are Kim Santee her sister Kathy Borensen, Kim's Boss Robert Chief Financial Officer, John Dadds, John Fuse, John Byrna, Tom Ruppalunda, Fred Dibona, Nancy Fred's Secretary, Lowrie Hassimiano-Zepka (She doesn't work there any more) Sue DeSimone, Betsy Borrero, Kim Santee's Secretary, Cheryl Brett, Robin Gilroy (She does not work there any more.) Cheryl Brett's Psychatrist a Mr. Lee, Vince Croce, Mr. Rose, Mr. Quentril, Attorney Mrs Hodel and a staff of attorneys I don't know. These people have messed with my bills, and my family's bills. Sending them to wrong addresses, giving wrong amounts and wrong dates and times. Bills were lost or misplaced 6 times during 2005 my Bills from LA Fitness, Bank of America, American Express & Citizens were all messed up from 1/03 until 10/03.

On 2/19/09 a Mrs. Walton said No Decision on Social Security. My mail was sent out on 2/3/09 from Social Security Processing Center. No News on Where Social Security Card Sent to. On /2/20/09 I went to our Daly Bread I spoke with Black Lady who would not give me her Name. She said I have no mail very loud so everyone could hear her. I had been there on 2/18/09 and Mary a heavy set white Lady told me I did not get any Mail.

On 2/20/09 around 4pm I went to the Post Office on Fallsway and checked with the Manager. He said I did'nt get any mail. I asked him to look in the back. He said No. Him and the Female black employee told me to go around the Corner to the other Post Office. I went around the corner at 4:55pm and a Black Mr. Cook said I have No Mail. He said you get your mail at the other original Post Office.

I have a Tape when I called Naval Base. They gave me the run around.

7/24/03 — Kings Bay Naval Submarine Base, — Case # 0348173-00445
M.W. Wasuch — Police Officer.

This was a Professional Hit on Me. They were trying to kill me so I would not testify against all the Blue Cross people who were involved in Croce vs United States, (D.C. Criminal No. 02-Cr-0819-1)

A case where Vince Croce, Rose, Quattrone, Building Chief Engineer and 2 other man whent and stole 15 million dollars from Independence Blue Cross of PA. Charged with mail Fraud, interstate transporting of money taken by fraud, Conspiracy to commit money Laundering and money Laundering. On 12/17/02 Grand Jury returned Indictment. "I left my wife for the 1st time on 12/16/02. I thought she was going to be Indicted in this scheme. Most of the evidence was destroyed by Blue Cross Employees.

#1. Why was Sue Desimone — (Secretery for #2 Man at Blue cross (Secretery for John Padis.) never questioned by the FBI. (#1. Secretery was Never questioned by FBI. (Nancy — worked for Fred Dibona) She was never questioned.) He was President of Blue Cross. Why was Cheryl Brett — Secretery For Chief Financial Officer #3 Man Tom Papalardo Never questioned by the FBI. (My wife) Why was secretery for #4 man John Fuse Never questioned by the FBI.

#2. During the years 1990 until 2001 all of these Secretery's during any scandal or during any Mayjor Lawsuit against Blue cross, were sent to Destroy evidence on computer disc's and were sent to a Storage Facility in Conshohocten Pa. to shred the paper backing up the Computers. Than Blue Cross would start A New Fresh Start.

#3. Cheryl Brett Told me this several Times over the years. She was sent to the Storage Facility in Conshohocten PA. 4 times.
A. Ken Mayes case. — Shreaded documents on Million dollar mistake—double billed — 2 sets of books. Ken Mayes was Fired
B. Blue cross and Croce, Rose, Quantril, vs United States.
C. Blue Cross vs U.S./ some documents dissappeared — shreaded Shreaded documents in 2001. Cheryl Brett + Sue 9/15/03 case — Desimone. Cheryl Brett tells me 1st Time Tom Papalardo tells her
D. Centennial vs Blue Cross/ to Shred documents on Unfair Business Practice. Destroy

Shreaded Documents on
9 employees in Mailroom ties
with Mafia — Joey Merlino
Cheryl Brett 1st Time 1992.

#4. I claim that Fred G. Dibona, John Padis, John Fuse, Tom Papalardo John Byrna, and their Secretery's all knew about the thefts and money Laundering and schemes of Croce, Rose, Quantril from Blue Cross of PA. over 1 year before the indictments came down. When Tom Papalardo was over my home in 10/14/00 he told me that Fred Dibonna and John Paddis were destroying evidence on Computer discs. They were changing and moving computers around in the office. Got rid of 9 employees in the mailroom alone who were tide to the scheme. Some of them have mafia connections.

Joey Merlino, Frank Zepharin Phila. Pa. and in New York. John Padis + Fred Dibona sent + Lori zepha all 4 Secretery's at different times to destroy computer disc's and shred documents in the office. They sent Sue Desimone and Cheryl Brett to Conshohocten storage facility. They destroy back up paper storage in May of 00 until 5/10/01.

On 2/24/09 I called Enterprise Rent a car a Robin #64680 from Customer Service stated that her computer only allows them to go back in time for 1 year. She then patched me through to Andrew #E665DY who stated they only hold your records for a year you have to go to Enterprise Broomall for the record of 7/04. Andrew would not take credit card Number and patched me through to Mike at Broomall Enterprise. Mike told me he could only find 8/29/09 in his computer from the Airport in Philadelphia where I rented from. Mike said he would have to go and send an Email to Archives Department. He said he should have it back in a few hours to call him back. I called him back he said she did not return his E-mail a Rebecca Sorrell and to call him tomorrow. I called again at 11:30 AM on Thursday 26 of February a Don from Customer Service patched me through to Mike. Mike stated he was waiting for Rebecca Sorrell from Archives to return his call. I told him it was urgent and I need the Information. On 2/27/09 a Brandy who works at Enterprise stated Mike is at the Edgemont Enterprise rent a car today. I asked if their was an E-Mail or anything from Mike about me any letter. Brandy said No. On March 3/3/09 Chris Powell said Mike's not in and no messages for Frank Brett. On 3/4/09 I called Broomall Enterprise Rental car around 10AM from Dytte Marsh Park Verizon phone. Kevin said Mike stepped out of the office he gave Me Rebecca's number at the Archives. I spoke to Rebecca Sorrell she refused to give me the information I was asking for. As I spoke to her Enterprise Rent a car Truck goes by. I told Rebecca I have got the run around from Enterprise Rent a car and that they may have violated my rights to privacy. She said NO. I told Rebecca I would give her all the Info over the phone. She said No she wanted it faxed to her. I then hung up.

I was given the runaround by Enterprise Rent a Car who is Obstructing Justice in an attempt on my Life on 7/24/03, When I was apprehended by Sonny Hickman and Anthony on my way home From Florida to Pennsylvania to testify against Blue Cross of Eastern Pennsylvania. I was a witness to my ex-wife Cheryl Brett Shredding Documents in the case Croce vs U.S.

I claim that Louis Guadalope and his Manager friend and Employees at Pompano Rent a car where involved. Cover up by Broomall Rent a Car and Rebecca Sorrel Kim Santee, Kathy Berensen and Rebecca Berry all involved for Blue Cross.

I hired Dave Auerbach to look over Brennan's Separation Agreement. Attorney's Dave Auerbach and Murray Eckels and their office staff attorney's obstructed Justice in 11/2002 when I went over the Separation Agree with Dave Auerbach. I asked him to find out if my wife Cheryl Brett was stealing my civil rights with Patty + Steve Johnson, their Electrician, Builder Frank McCurr, their Methodist Church people. David Auerbach made a phone call came back and said "No". I told him Cheryl Brett stated it was Bud O'Brien, The Lyons Family and the Sullivan Family and the Parnacchio Family who had done this to us. She Lied She has in on it since 1999. She had sex with Vince Croce She told me this. I forgave her for the Mr Croce Incident. Cheryl Brett had stolen a tape of me telling Bud Berman about the murder of John the Carpenter and who was behind this. It was Don Armstrong, Vince Corosella (Dennis Muir — My attorney) Stephen Devine — I was directed to him by the Chester County Bar Association, Charles Peruto Jr and Sr. This group of Attorney's have harassed me in 6 states, 24 counties, every home I have had was broken into and paperwork stolen. Including Stephanie Binghams Lafasta's where Thurds Willis and his wife Sherry an ex Con was allowed to steal this. My trucks, scooter, car, all vandalized multiple times. Now I know exactly who did the Scooter 2500. in Florida and the Police will do nothing. He is a Blonde Biker who works for the Labor Ready and Power Staffing place. He goes to the Laughing Horse Bar, The Island Oasis Bar.

Dave Auerbach his office manager a Mrs Haydar and my Realtor Dan Haydar conspired to steal my Home on 607 N. Middletown Rd Media with my attorney Dennis Muir the Home Inspection Report was kept from Me. I was poisoned with arsenic they state Dennis Muir I got it at the home. When I was there with the testing guy No Arsenic was found. 14 other chemicals showed up in my blood. It was Bud Berman who poisoned me I stated. Cheryl Brett gave him a tape I recorded of him lying to me. On that night Kevin the Bartenders Bartender and Cook disappeared. Female Biker Bartender lived near the Bar. Also the Septic System failed. They stated they did a water Hydraulic Test on the House Steven Bleven stated this. He Lied I showed Dan Haydar I turned the water to the home completely. They had No water to conduct this test. Don Haydar ran to his street that day. I told this story to Dennis Muir, Lucas Nordine, Oscar Syger, Kent Mayreesdm and Henry Geissinger III and Austin Aaronsin.

Dave Auerbach told Dan Haydar in January 04 that Paul Donahue had broken into my bank account through his Mother Mrs Donahue of the Delaware Valley Savings Bank. I told Dennis Muir that money was diverted out of my citizens Bank Account into Cheryl Brett's Bank Account. Lucas Nordine, Oscar Syger, Henry Geissinger III and Austin Aaronsin knew this. Dave Auerbach and Murray Eckels were telling Law Firm Barbara Pilaw and Jon Berner all the Catholic people and Baptist, Methodist, Jewish people Islamic people and Hindu Religious people who had arranged Cheryl Brett. They that recreated and sent them to my home in order of appearance. I did not know this then.

Delaware State Troopers - #Troop #2 I was pulled over on 10/21/06 in front of Stephanie Bueslianne's (Osborne) friends home. I did nothing. I asked the 2 plain clothes Troopers why they pulled me over. They said it was a high drug zone and they could do that. I refused to let them search my car. They did it anyway for an hour. I had to open all my suitcases. They searched the whole rental car. They found nothing. They were rude to me. This is illegal Search and Seizure.

#8. Mrs. Saprina threatened to kill me in 7/02 - Outlaws Motor Cycle gang, Southern Cross Motorcycle. They all new Cheryl Brett + Pannachio Brothers + Blue Cross of PA.

#9. Mrs Kristi Santo threatened to kill me on 7/2/04 - Outlaws, Mystic 7, Several D. Dealers. She new Cheryl Brett, Santo Dorso, Pannachio Brothers + Blue Cross of PA.

Motorcycle gang

#10. Stephanie Osbourne - Bushianne Brothers, Pannachio Brothers + Blue Cross of PA, My Mom Nancy Brett, Outlaws Motorcycle Gang. She threatened to kill me 10/23/06 outside of Wallmart with her Baptist girlfriend who knows Robert Broadnax and his Baptist minister. She also had relatives who worked at Halli's Strip Bar in Delaw

#11. Cheryl Brett threatened to kill me many times. She had 4 failed attempts in which I can prove.
   ne ote involved.

I Frank Brett am asking for a Jury Trial.
I Frank Brett am asking for 3 million dollars from all defendants who violated my Civil Rights and committed crimes against me.

Frank Brett
Frank Brett
3/24/09
725 Fallsway
Baltimore, Maryland 21202

On Thursday, 10/23/2003, I first read a printout from Wilson's Auctioneers announcing the sale of 607 N. Middletown Road. It posted "1.6 Acres".

On the day of the auction, Saturday, 10/25/2003, Wilson's Auctioneers announced that the property was situated on 1.6 acres. He pointed to the boundaries being the street and to the left side, lined with Dogwood trees, to the right side, lined with the stone wall of an old greenhouse and the rear of the property being lined by trees across the back (vague description).

After we won the bid, Rob said "you just got a free home", when I asked what he meant, he said "all you need is to keep the existing home on .6 acres and build a new home on the remaining 1 acre". The lawyer, Mr. Piatriangelo was present and agreed.

[margin note: Borgstram (?)]

Rob said he spoke with someone from the township and I was led to believe that we could keep the .6 and build on the remaining acre. Which was our intention when we bid on the home. To build and sell off 1 acre.

Township tax bill and County tax bill both state 1.6 acres.

We did not receive a **copy** of the appraisal until after settlement. It was mailed and received in late December.

Frank Brett contacted the township to discuss subdivision in early March. This is when we first heard "1.3 acres."

Title Insurance company mailed Deed, post marked 3/23/2004. This document shows 1.3 acres.

_Clegg Brett_    Date: 4/5/04

Kevin Malarkey who does business with Blue Cross and Patrese called Julio Zambran through 3rd Party. I have been harrassed By Julio Zambran- Penticostal Church members. 4 hours after arriving in Fairfax County, Virginia. They Harrassed me at McDonalds on RT 1, at 10 AM on 6/7/08. I whent into use the Bathroom. I came out and the Mexican Manager Manuel called me a Liar and a Thief. He told me to Leave. I told him I wanted to by a Soda. I Just got there. He would not let me. I showed him a ten dollar bill in my wallet. He said Leave. So I Left. I have a list of 10 cars his employee Maryann had called to come to McDonalds. On 7/27/08 at McDonalds Maryanne Calls - Virginia HFN-7594 - around 1pm, 2pm, Black SUV - "Sharish" - he was a painter, Virginia Plate, 2:20pm Tennessee Plate 591-LQP - Black Lady- Penn State and Oklohoma Emblems, Young Black Male called - Virginia XXA-2677 - White Mazda- Penn State Logo. Then Last was Julio Zambran - White van Virginia Plates JuX-4154. Penn State was Kevin Malarkey's college. He was a Liar and thief who gave Kim Santee Money (Kick Backs) at Blue cross from 1998 until 2004. Patrise was a woman who Kim Santee did business with who also gave Kim Santee large sums of Cash for her products. Illegal, I saw this many times, especially around Christmas 2000 and 2001.

Carroll Yudes + Steve Yudes intererred with Bud Berman. They told him Lyies. Bud Berman Changed the dates of Separation to Look Like I was a Cheater. I got back with Cheryl Brett on 11/21/03 - I Left her on 1/7/04 with my mom helping me move out. Cheryl Brett Damaged My Truck, Broke into a Holmes and Her brother Rob Lauff damaged the Hurdose car. I called Trooper Andruzdic Lima State Police. I told her Rob Lauff or Katie Bodtkin had done it. I saw Rob Lauff hich the Car. Later Katie Bodtkin came by and keyed and dented the car. Cheryl Brett Cheated on me a lot of times. I showed Bud Berman her Diary. Along with attorneys Bill Shehwin, Greg Lamonteau, Dennis Loir and Lucas Nordin. Carroll Yudes + Steve Yudis were stealing documents with CIA Agent Johnny (? his last Name) who bugged her home in 8/04 when I worked there. Carroll stole Cheryl Brett's Insurance Fraud Papers + Social Security Fraud Papers. I had many copies. Park Lane Presbyterian Church - rights to Privacy from University Presbyterian Church, Parishoners calling me Retarded and Gay. Parishoner Carl on Easter Sunday of 2008 on Same Bus in Seminole County he followed me 5 times, to Bike Store and To Dollar Store with Female Seminole County Police Officer. I was threatened there. Eight cars pulled into Dollar Store associated with Female Police Officer and Carl. Carl would be a 3rd Party friend of Semour Plaugher and his brother who attend a Presbyterian Church in Ridley Park Pennsylvania. Cheryl Brett and Kim Santee are involved in this harrassment and are good friends of Semour Plaugher.